STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Tyrone Lartigue,Jr.
Winn Corr. Ctr Ash B2 #26 DOC No. 536795
P.O.Box 1260
Winnfield La 71483

**REHEARING ACTION: March 25, 2015**

**Docket Number: 15   00073-KH**

**STATE OF LOUISIANA
VERSUS
TYRONE LARTIGUE,JR.**

**Writ Application from Lafayette Parish Case No. 131,906**

**BEFORE JUDGES:**

**Hon. Jimmie C. Peters
Hon. James T. Genovese
Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tyrone Lartigue,Jr.** has this day been

**DENIED.**

cc: Michael Harson, Counsel for  the Respondent